PROB 12B
(6/21)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Ronald Carstarphen      Cr.: 21-00355-001
     PACTS #: 44936

Name of Sentencing Judicial Officer:     THE HONORABLE MARY A. MCLAUGHLIN
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF PENNSYLVANIA

Name of Assigned Judicial Officer:       THE HONORABLE RENÉE MARIE BUMB
                                            UNITED STATES DISTRICT JUDGE
                                            Jurisdiction transferred April 27, 2021

Date of Original Sentence: 06/12/2006

Original Offense:     Count 1: Conspiracy, in violation of 18 USC § 371
                        Count 2: Armed Carjacking, and Aiding and Abetting, in violation of 18 USC §§ 2119 and 2
                        Count 3: Kidnapping, in violation of 18 USC § 1201(a)(1)
                        Count 4: Carrying a Firearm During and In Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 USC §§ 924(c) and 2

Original Sentence: 215 months imprisonment followed by 60 months supervised release

Special Conditions: Special Assessment, Fine, Restitution, Mental Health Treatment, Substance Abuse Testing, Drug Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/28/2021

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ years, for a total term of _____ years.

☑    To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITH weekend privileges)**

You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. Subsistence fee is waived.

## CAUSE

Ronald Carstarphen stands before the Court pending a violation of supervised release hearing, which is scheduled for January 14, 2022, before the Honorable Renée Marie Bumb, United States District Judge for the District of New Jersey. Since his diagnosis of psychosis with depressed mood in June 2021, he has struggled with unstable housing due to his affect and symptoms. Though he has made strides to remain drug free and cope with the new diagnosis through continued therapy, homelessness has loomed and such instability may destroy the strides Mr. Carstarphen has made thus far. In an attempt to safeguard Mr. Carstarphen and provide him with stability, a placement at the residential re-entry center is requested. Mr. Carstarphen's attorney, Assistant Federal Defender Christopher O'Malley, supports the recommendation. This will allow him to continue to work and move him toward more independence to care for himself by saving money to get his own residence.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shavaughn Chapman*

By: SHAVAUGHN M. CHAPMAN
Senior U.S. Probation Officer

/ smc

APPROVED:

*Steve Alfrey*                              12/16/2021

---

STEVEN ALFREY                Date
Supervising U.S. Probation Officer

===

THE COURT ORDERS:

☑ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

Signature of Judicial Officer

12/21/2021
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITH weekend privileges)**

You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. Subsistence is waived. --

Witness: _____
Senior U.S. Probation Officer
Shavaughn M. Chapman

Signed: _____
Probationer or Supervised Releasee
Ronald Carstarphen

12/16/2021
Date